CHRISTOPHER S. MAILE, ESQ.; STATE BAR NO.: 117998
Email: cmaile@tharpe-howell.com
HEATHER M. McKEON, ESQ.; STATE BAR NO.: 186414
Email: hmckeon@tharpe-howell.com

**THARPE & HOWELL, LLP**
**15250 Ventura Blvd., Ninth Floor**
**Sherman Oaks, California 91403**
**(818) 205-9955; (818) 205-9944 fax**

Attorneys for Defendants, MIDVALE INDEMNITY COMPANY, HOMESITE INSURANCE COMPANY and GALLAGHER BASSETT SERVICES, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMAND HAIR LOUNGE; CHRISTINA DAY,<br><br>Plaintiffs,<br><br>v.<br><br>MIDVALE INDEMNITY COMPANY; HOMESITE INSURANCE COMPANY; GALLAGHER BASSETT SERVICES, INC.; and DOES 1 through 30, inclusive,<br><br>Defendants. | CASE NO.: 3:21-cv-02051-MMA-MDD<br>(San Diego Superior Court Case No.: 37-2021-00041974-CU-IC-CTL)<br><br>**[PROPOSED] ORDER GRANTING MOTION BY DEFENDANTS HOMESITE INSURANCE COMPANY AND GALLAGHER BASSETT SERVICES, INC. TO DISMISS COMPLAINT PURSUANT TO RULE 12(B)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE**<br><br>Complaint Filed: October 1, 2021 |

The Motion to Dismiss of Defendants Homesite Insurance Company and Gallagher Bassett Services, Inc., filed under *Federal Rule of Civil Procedure* 12(b)(6), came on for hearing in this Court on January 24, 2022, at 2:30 p.m., in Courtroom 3D, before the Honorable Michael M. Anell, United States District Court Judge.

Having considered Defendants Homesite Insurance Company and Gallagher Bassett Services, Inc.'s moving papers and Plaintiffs' opposition thereto, the evidence submitted by the parties, the other pleadings and documents on file in this case, and the arguments of counsel, the Court hereby rules as follows:

///

1  The Court hereby finds Plaintiffs' Complaint fails to state a claim as against Defendants Homesite Insurance Company and Gallagher Bassett Services, Inc., as a matter of law, and that Plaintiffs cannot cure these defects by amendment. Accordingly, the Court GRANTS Defendants Homesite Insurance Company and Gallagher Bassett Services, Inc.'s Motion to Dismiss pursuant to *Federal Rule of Civil Procedure* 12(b)(6) and dismisses the Complaint as to Defendants Homesite Insurance Company and Gallagher Bassett Services, Inc., without leave to amend.

IT IS SO ORDERED.

Dated: _____, 2022   Hon. _____

_____
United States District Court Judge

I:\32000-000\32533\Pleadings\Federal Court\12(b)(6) Mtn\Proposed Order.docx

THARPE & HOWELL, LLP
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-3221

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

1. At the time of service, I was at least 18 years of age and **not a party to this legal action.**

2. My business address is 15250 Ventura Boulevard, Ninth Floor, Sherman Oaks, CA 91403.

3. I served copies of the following documents (specify the exact title of each document served):

**[PROPOSED] ORDER GRANTING MOTION BY DEFENDANTS HOMESITE INSURANCE COMPANY AND GALLAGHER BASSETT SERVICES, INC. TO DISMISS COMPLAINT PURSUANT TO RULE 12(B)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

4. I served the documents listed above in item 3 on the following persons at the addresses listed:

| | |
|---|---|
| William J. Brown, III, Esq.<br>Angelia Gonzalez, Esq.<br>LAW OFFICES OF WILLIAM J. BROWN III<br>P.O. BOX 231216<br>Encinitas, CA 92023-1216<br>Telephone: (760) 672-0084<br>Facsimile: (442) 266-8488<br>Email: agonzalez@wjbrown3.com | Attorneys for Plaintiffs DEMAND HAIR LOUNGE and CHRISTINA DAY |

5. a. **X** **ONLY BY ELECTRONIC TRANSMISSION.** Only by e-mailing the document to the persons at the e-mail address listed during the Coronavirus (Covid-19) pandemic and pursuant to Fed.R.Civ.P.Rule 5, this office will be working remotely, not able to send physical mail as usual, and is therefore using only electronic mails. No electronic message or other indication that the transmission was unsuccessful was received within a reasonable time after the transmission.

6. I served the documents by the means described in item 5 on *(date): See below*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| 12/14/2021 | Jacqueline J. Thorne | */s/ Jacqueline J. Thorne* |
|---|---|---|
| DATE | (TYPE OR PRINT NAME) | (SIGNATURE OF DECLARANT) |

I:\32000-000\32533\Pleadings\Federal Court\12(b)(6) Mtn\Proposed Order- wb.docx

**[PROPOSED] ORDER GRANTING MOTION BY DEFENDANTS TO DISMISS COMPLAINT PURSUANT TO RULE 12(B)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

THARPE & HOWELL, LLP
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-3221